1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone:  (415) 436-7210
7  Facsimile:  (415) 436-7234
   Email:  robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,     )   No. CR 96 00094
                                 )       CR 98-40003
14       Plaintiff,              )
                                 )   **STIPULATION AND [PROPOSED]**
15       v.                      )   **ORDER RE:  CONTINUANCE OF**
                                 )   **RESENTENCING**
16 CHHAYARITH RETH,              )
                                 )   Hearing:  December 12, 2007
17       Defendant.              )   Time:     1:30PM
                                 )   Court:    Hon. Phyllis Hamilton
18 _____ )

19       Due to the relatively complex procedural history of the case, the parties hereby

20 stipulate and agree to continue the resentencing of the defendant by approximately six

21 weeks to allow for additional time to prepare sentencing memoranda for the Court.

22 Accordingly, the United States' sentencing memorandum shall be filed by December 26,

23 2007, the defendant's memorandum shall be filed on January 16, 2008, and the parties

24 //

25 //

26 //

27 //

28 //

Stipulation Re:  Continuance of Re-Sentencing
CR 96 00094, CR 98 40003

1  shall appear for a status hearing on January 30, 2008 at 1:30PM.

3      IT IS SO STIPULATED.

5  DATED: December 3, 2007                  /s
6                                            ROBERT DAVID REES
                                          Assistant United States Attorney

8  DATED: December 3, 2007                  /s
9                                            DEAN PAIK, ESQ.
                                          Attorney for Defendant Reth

11      IT IS SO ORDERED.

13  DATED: 12/4/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094, CR 98 40003       2