DEAN D. PAIK (State Bar No. 126920)
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:    (415) 398-3900
Facsimile:    (415) 398-7500

Attorneys for Defendant
**CHHAYARITH RETH**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  Case No.: CR-96-94-PJH
                                   )           CR-98-40003-PJH
        Plaintiff,         )
                             )  **STIPULATION AND [~~PROPOSED~~]**
      v.                      )  **ORDER TO CONTINUE RESENTENCING**
                             )
CHHAYARITH RETH,              )
                             )
        Defendant.      )
                             )

<u>**STIPULATION AND [~~PROPOSED~~] ORDER**</u>

Due to the complexity of the issues raised by Mr. Reth's resentencing, the parties stipulate and agree to continue Mr. Reth's resentencing two weeks to allow him additional time to respond to the government's sentencing memorandum and motion for downward departure based on substantial assistance. Accordingly, Mr. Reth's sentencing memorandum shall be filed

by January 30, 2008 and the parties shall appear for a status hearing on February 13, 2008 at 1:30 p.m.

AGREED TO AND SO STIPULATED:

Dated: _____ _____/s/_____

DEAN D. PAIK, Esq.
Counsel for Chhayarith Reth

Dated: _____ _____/s/_____

ROBERT DAVID REES, Esq.
Counsel for United States of America

IT IS SO ORDERED:

Dated:   1/11/08